THORNBURG v. McBRIDE.

HILL, J. This case is controlled by the decision this day rendered in the case of *Toole* v. *Wiregrass Development Company*, ante.

*Judgment reversed. All the Justices concur.*

JULY 14, 1914.

Complaint. Before Judge Graham. Montgomery superior court. August 7, 1913.

*Charles D. Loud* and *W. C. McAllister,* for plaintiff.

*Safford & Stallings, L. C. Underwood,* and *W. L. Wilson,* for defendant.